# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEXANDER BERNARD BAYOT,
Petitioner,

vs.

SUPREME COURT OF NEVADA; AND
SANDY YOUNG, DEPUTY CLERK,
Respondents.

No. 75754

**FILED**

JUL 2 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original pro se petition for a writ of mandamus challenges the respondent deputy clerk's decision to return unfiled a petition for rehearing of an order denying a motion to recall the remittitur in *Bayot v. State*, Docket No. 59410. Having reviewed the documents before this court, we decline to exercise our original jurisdiction. *See* NRS 34.160; *State v. Eighth Judicial Dist. Court*, 127 Nev. 927, 931, 267 P.3d 777, 779-80 (2011) ("[T]he decision to entertain an extraordinary writ petition lies within our discretion."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:   Alexander Bernard Bayot
      Attorney General/Carson City

